| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | |
| Case number *(if known)* _____    Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Brown & Pipkins, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA  BCPR, LLC<br>FKA  BGPR, LLC<br>DBA  Acsential<br>DBA  Acsential Services<br>DBA  Acsential Construction<br>DBA  Acsential, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | **43-1949166** |
| 4. | Debtor's address | **Principal place of business**<br><br>**2950 Stone Hogan Connector SW Bldg 5**<br>**Atlanta, GA 30331**<br>Number, Street, City, State & ZIP Code<br><br>**Fulton**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 312245**<br>**Atlanta, GA 31131**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Brown & Pipkins, LLC** _____ Case number (*if known*)_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Brown & Pipkins, LLC**  
Name    Case number (*if known*)

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
■ $500,001 - $1 million  
☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  
■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor  **Brown & Pipkins, LLC**                                  Case number (*if known*)
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 19, 2017**
             MM / DD / YYYY

X **/s/ Deidre F. Brown**                                **Deidre F. Brown**
  Signature of authorized representative of debtor        Printed name

Title  **C.E.O.; Co-Manager**

**18. Signature of attorney**

X **/s/ Paul Reece Marr GA Bar #**              Date **December 19, 2017**
  Signature of attorney for debtor                     MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**Suite 960**
**300 Galleria Parkway, N.W.**
**Atlanta, GA 30339**
Number, Street, City, State & ZIP Code

Contact phone **(770) 984-2255**   Email address **paul@paulmarr.com**

**471230**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brown & Pipkins, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service (CIO)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Notice of Federal Tax Lien dated 09/28/2017 | | $1,131,977.20 | Unknown | Unknown |
| **SEIU Local 32BJ**<br>c/o Mark Hanna, Esq.<br>1401 K Street NW, Suite 300<br>Washington, DC 20005 | | Arbitration Opinions and Awards, Federal Mediation and Conciliation Service ('FMCS") Case Nos. 13-02974-A (Reduction in Hours), 13-02976-A (Wages Owed | **Disputed** | | | $743,641.51 |
| **Bldg Serv 32BJHealthFund et al**<br>25 West 18th Street<br>New York, NY 10011-1991 | | Order entered 10/04/2017, Fulton County, GA Superior Ct, domesticating NY judgment filed 05/22/2017 held by Bldg Srvc 32BJ Health Fund, Bldg Srvc 32B | **Disputed** | | | $558,669.42 |
| **Smith, Currie & Hancock LLP**<br>S. Gregory Joy, Esq<br>245 P'tree Cntr Ave NE;  #2700<br>Atlanta, GA 30303-1227 | | attorney fees | | | | $170,995.06 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

| Debtor | **Brown & Pipkins, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bldg Serv 32BJHealthFund et al**<br>25 West 18th Street<br>New York, NY 10011-1991 | | claims of Building Service 32BJ Health Fund, the Service Employees International Untion National Industry Pension Fund, the Thomas Shortman Training F | Disputed | | | $159,143.00 |
| **FordHarrison LLP**<br>Attn: Kevin M. Williams<br>1300 19th Street NW; Suite 300<br>Washington, DC 20036 | | attorney fees | | | | $152,506.94 |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | | business credit card account | | | | $45,892.66 |
| **The Hanover Insurance Company**<br>c/o James W. Martin, Esq.<br>3945 Holcomb Bridge Road, #300<br>Norcross, GA 30092 | | additional premium claimed to be due upon workers' compensation insurance policy audit | Disputed | | | $29,525.01 |
| **Wells Fargo Business Card**<br>420 Montgomery Street<br>San Francisco, CA 94104 | | business credit card account | | | | $15,674.93 |
| **Constangy, Brooks & Smith LLP**<br>230 Peachtree Street NW<br>Suite 2400<br>Atlanta, GA 30303-1557 | | services rendered | | | | $8,286.50 |
| **Hirschler Fleischer, Attorneys**<br>PO Box 500<br>Richmond, VA 23218-5000 | | services rendered | | | | $2,927.40 |
| **Pam's Cleaning Service, LLC**<br>2200 Roger Vanhook Road<br>Clarkesville, GA 30523 | | account payable | Disputed | | | $2,550.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **Brown & Pipkins, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VettFirst Security 2712 Middleburg Drive Suite 224 Columbia, SC 29204** | | account payable | | | | $1,968.50 |
| **HLB Gross Collins, PC Jim Shirley 3330 Cumberland Blvd, Ste 900 Atlanta, GA 30339** | | services rendered | | | | $1,590.00 |
| **Miller & Martin PLLC 1180 West Peachtree St. NW Suite 2100 Atlanta, GA 30309-3407** | | services rendered | | | | $1,530.30 |
| **Select Data Solutions 2712 Middleburg Drive; Suite 2 Columbia, SC 29204** | | account payable | | | | $1,271.25 |
| **SMARTONE Backgound Screening Select Data Solutions 2712 Middleburg Drive; Suite 2 Columbia, SC 29204** | | account payable | | | | $1,166.50 |
| **Universal Printing Solutions, Inc. 10573 West Pico Blvd. #610 Los Angeles, CA 90064-2438** | | account payable | | | | $769.96 |
| **Santek Waste Services, Inc. Waste Service of Tennessee 1387 Wisdom Street Chattanooga, TN 37406-1749** | | account payable | | | | $344.06 |
| **Massey Pest Prevention 249 E. Memorial Drive Dallas, GA 30132** | | account payable | | | | $120.00 |

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re **Brown & Pipkins, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Annette Pipkins**<br>**2950 Stone Hogan Conn Rd SW**<br>**Building 5**<br>**Atlanta, GA 30331** | | **10%** | membership |
| **Deidre Brown**<br>**2950 Stone Hogan Conn Rd SW**<br>**Building 5**<br>**Atlanta, GA 30331** | | **90%** | membership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **C.E.O.; Co-Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 19, 2017**

Signature **/s/ Deidre F. Brown**
**Deidre F. Brown**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Brown & Pipkins, LLC**                                             Case No.
                        Debtor(s)                                            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the C.E.O.; Co-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 19, 2017**              **/s/ Deidre F. Brown**
                                          **Deidre F. Brown**/**C.E.O.; Co-Manager**
                                          Signer/Title

```
American Express
PO Box 650448
Dallas, TX 75265-0448


Bldg Serv 32BJHealthFund et al
25 West 18th Street
New York, NY 10011-1991


Bldg Serv 32BJHealthFund et al
c/o Ira A. Sturm, Esq.
2125 Center Avenue
Fort Lee, NJ 07024


Constangy, Brooks & Smith LLP
230 Peachtree Street NW
Suite 2400
Atlanta, GA 30303-1557


Deidre F. Brown
2950 Stone Hogan Conn #5
Atlanta, GA 30331


Dept. of Justice-Tax Division
Chief Civil Trial §, S Region
POBox14198, BenFranklinStation
Washington, DC 20044


Enviro Agscience, Inc.
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350


Fairfax Cnty Dept of Tax Admin
Government Center
12000 Government Center Parkwa
Fairfax, VA 22035
```

```
FordHarrison LLP
Attn: Kevin M. Williams
1300 19th Street NW; Suite 300
Washington, DC 20036




Georgia Dept of Transportation
Attn: William Wright
600 W Peachtree St NW 10th Flr
Atlanta, GA 30308




Hirschler Fleischer, Attorneys
PO Box 500
Richmond, VA 23218-5000




HLB Gross Collins, PC
Jim Shirley
3330 Cumberland Blvd, Ste 900
Atlanta, GA 30339




Internal Revenue Service
401 W. Peachtree St NW
Stop 334-D
Atlanta, GA 30308




Internal Revenue Service (CIO)
PO Box 7346
Philadelphia, PA 19101-7346




Lowe Engineers, LLC
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350




Massey Pest Prevention
249 E. Memorial Drive
Dallas, GA 30132
```

```
Miller & Martin PLLC
1180 West Peachtree St. NW
Suite 2100
Atlanta, GA 30309-3407



Pam's Cleaning Service, LLC
2200 Roger Vanhook Road
Clarkesville, GA 30523



Philadelphia Indemnity Ins. Co
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350



Santek Waste Services, Inc.
Waste Service of Tennessee
1387 Wisdom Street
Chattanooga, TN 37406-1749



SEIU Local 32BJ
c/o Mark Hanna, Esq.
1401 K Street NW, Suite 300
Washington, DC 20005



Select Data Solutions
2712 Middleburg Drive; Suite 2
Columbia, SC 29204



SMARTONE Backgound Screening
Select Data Solutions
2712 Middleburg Drive; Suite 2
Columbia, SC 29204



Smith, Currie & Hancock LLP
S. Gregory Joy, Esq
245 P'tree Cntr Ave NE;  #2700
Atlanta, GA 30303-1227
```

```
TACS
for Fairfax County DTA
PO Box 31800
Henrico, VA 23294-1800



Team Enviro-Atl Joint Venture
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350



The Hanover Insurance Company
c/o James W. Martin, Esq.
3945 Holcomb Bridge Road, #300
Norcross, GA 30092



U.S. Attorney
600 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309



Universal Printing
Solutions, Inc.
10573 West Pico Blvd. #610
Los Angeles, CA 90064-2438



US Army Corps of Engineers
Contracting Division
1325 J Street
Sacramento, CA 95814-2922



US Army Corps of Engineers
Contracting Division
69-A Hagood Avenue
Charleston, SC 29403



VettFirst Security
2712 Middleburg Drive
Suite 224
Columbia, SC 29204
```

```
Wells Fargo Bank, N.A.
401 N Research Pkwy, 3rd Floor
MAC #D4004-032
Winston Salem, NC 27101



Wells Fargo Business Card
420 Montgomery Street
San Francisco, CA 94104



Westchester Fire Insurance Co.
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350



Worldwide Business Group, LLC
PO Box 312245
Atlanta, GA 31131
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Brown & Pipkins, LLC**                                      Case No.
                              Debtor(s)                              Chapter      **11**


# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Brown & Pipkins, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


| | |
|---|---|
| **December 19, 2017** | **/s/ Paul Reece Marr GA Bar #** |
| Date | **Paul Reece Marr GA Bar # 471230** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Brown & Pipkins, LLC** |
| | Paul Reece Marr, P.C. |
| | Suite 960 |
| | 300 Galleria Parkway, N.W. |
| | Atlanta, GA 30339 |
| | (770) 984-2255 |
| | paul@paulmarr.com |