| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Brown & Pipkins, LLC** <br> Name | EIN **43–1949166** |
| United States Bankruptcy Court **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | | Date case filed for chapter **11   12/19/17** |
| Case number: **17–71772–lrc** | | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                   12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Brown & Pipkins, LLC | |
| 2. | **All other names used in the last 8 years** | dba Acsential, dba Acsential, Inc., dba Acsential Construction, dba Acsential Services, fka BGPR, LLC, fka BCPR, LLC | |
| 3. | **Address** | P.O. Box 312245 <br> Atlanta, GA 31131 | |
| 4. | **Debtor's attorney** <br> Name and address | Paul Reece Marr <br> Paul Reece Marr, P.C. <br> 300 Galleria Parkway, N.W. <br> Suite 960 <br> Atlanta, GA 30339 | Contact phone 770–984–2255 <br><br> Email: NO EMAIL ADDRESS FOUND |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas <br> Clerk of Court <br><br> 1340 United States Courthouse <br> 75 Ted Turner Drive SW <br> Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m. <br><br> Court website: www.ganb.uscourts.gov <br><br> Contact phone 404–215–1000 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **January 25, 2018 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Third Floor – Room 367, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                         United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                             Case No. 17-71772-lrc
Brown & Pipkins, LLC                                               Chapter 11
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 113E-9          User: asb                  Page 1 of 2                  Date Rcvd: Dec 21, 2017
                              Form ID: 309f              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Brown & Pipkins, LLC,    P.O. Box 312245,    Atlanta, GA 31131-2245
smg             Secretary of the Treasury,    15th & Pennsylvania Avenue, NW,    Washington, DC 20200
21214940        Bldg Serv 32BJHealthFund et al,    25 West 18th Street,   New York, NY 10011-1991
21214941       +Bldg Serv 32BJHealthFund et al,    c/o Ira A. Sturm, Esq.,    2125 Center Avenue,
                 Fort Lee, NJ 07024-5859
21214942        Constangy, Brooks & Smith LLP,    230 Peachtree Street NW,    Suite 2400,
                 Atlanta, GA 30303-1557
21214943       +Deidre F. Brown,    2950 Stone Hogan Conn #5,   Atlanta, GA 30331-2837
21214944       +Dept. of Justice-Tax Division,    Chief Civil Trial  , S Region,
                 POBox14198, BenFranklinStation,    Washington, DC 20044-4198
21214945       +Enviro Agscience, Inc.,    c/o Thomas Richelo, Esq.,    8230 Grogans Ferry Road,
                 Atlanta, GA 30350-3108
21214947       +FordHarrison LLP,    Attn: Kevin M. Williams,   1300 19th Street NW; Suite 300,
                 Washington, DC 20036-1628
21214948       +Georgia Dept of Transportation,    Attn: William Wright,    600 W Peachtree St NW 10th Flr,
                 Atlanta, GA 30308-3607
21214950       +HLB Gross Collins, PC,    Jim Shirley,   3330 Cumberland Blvd, Ste 900,    Atlanta, GA 30339-5998
21214949       +Hirschler Fleischer, Attorneys,    PO Box 500,   Richmond, VA 23218-0500
21214953       +Lowe Engineers, LLC,    c/o Thomas Richelo, Esq.,    8230 Grogans Ferry Road,
                 Atlanta, GA 30350-3108
21214954       +Massey Pest Prevention,    249 E. Memorial Drive,    Dallas, GA 30132-4319
21214955       +Miller & Martin PLLC,    1180 West Peachtree St. NW,    Suite 2100,   Atlanta, GA 30309-3495
21214956       +Pam’s Cleaning Service, LLC,    2200 Roger Vanhook Road,    Clarkesville, GA 30523-2419
21214957       +Philadelphia Indemnity Ins. Co,    c/o Thomas Richelo, Esq.,    8230 Grogans Ferry Road,
                 Atlanta, GA 30350-3108
21214959       +SEIU Local 32BJ,    c/o Mark Hanna, Esq.,   1401 K Street NW, Suite 300,
                 Washington, DC 20005-3422
21214961       +SMARTONE Backgound Screening,    Select Data Solutions,   2712 Middleburg Drive; Suite 2,
                 Columbia, SC 29204-2415
21214960       +Select Data Solutions,    2712 Middleburg Drive; Suite 2,    Columbia, SC 29204-2415
21214962        Smith, Currie & Hancock LLP,    S. Gregory Joy, Esq.,   245 P’tree Cntr Ave NE;  #2700,
                 Atlanta, GA 30303-1227
21214963        TACS,   for Fairfax County DTA,   PO Box 31800,    Henrico, VA 23294-1800
21214964       +Team Enviro-Atl Joint Venture,    c/o Thomas Richelo, Esq.,    8230 Grogans Ferry Road,
                 Atlanta, GA 30350-3108
21214965       +The Hanover Insurance Company,    c/o James W. Martin, Esq.,    3945 Holcomb Bridge Road, #300,
                 Norcross, GA 30092-5200
21214968        US Army Corps of Engineers,    Contracting Division,   1325 J Street,
                 Sacramento, CA 95814-2922
21214969       +US Army Corps of Engineers,    Contracting Division,   69-A Hagood Avenue,
                 Charleston, SC 29403-4364
21214967       +Universal Printing,    Solutions, Inc.,   10573 West Pico Blvd. #610,
                 Los Angeles, CA 90064-2333
21214970       +VettFirst Security,    2712 Middleburg Drive,   Suite 224,    Columbia, SC 29204-2415
21214973       +Westchester Fire Insurance Co.,    c/o Thomas Richelo, Esq.,    8230 Grogans Ferry Road,
                 Atlanta, GA 30350-3108
21214974        Worldwide Business Group, LLC,    PO Box 312245,   Atlanta, GA 31131-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 21 2017 21:18:02     Lindsay P. S. Kolba,
                 Office of the U.S. Trustee,   Suite 362,   75 Ted Turner Drive, S.W.,   Atlanta, GA 30303-3330
aty             E-mail/Text: paul@paulmarr.com Dec 21 2017 21:16:21     Paul Reece Marr,
                 Paul Reece Marr, P.C.,   300 Galleria Parkway, N.W.,   Suite 960,   Atlanta, GA  30339
smg             EDI: IRS.COM Dec 21 2017 20:48:00     Internal Revenue Service,   P. O. Box 7346,
                 Philadelphia, PA  19101-7346
smg             E-mail/Text: atlreorg@sec.gov Dec 21 2017 21:18:18     U. S. Securities and Exchange Commission,
                 Office of Reorganization,   Suite 900,   950 East Paces Ferry Road, NE,
                 Atlanta, GA 30326-1382
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 21 2017 21:18:02     Guy G. Gebhardt,
                 Acting United States Trustee,   362 Richard Russell Bldg,   75 Ted Turner Drive SW,
                 Atlanta, GA 30303-3315
21214939        EDI: AMEREXPR.COM Dec 21 2017 20:48:00     American Express,   PO Box 650448,
                 Dallas, TX 75265-0448
21214946       +E-mail/Text: john.burton@fairfaxcounty.gov Dec 21 2017 21:19:20
                 Fairfax Cnty Dept of Tax Admin,   Government Center,   12000 Government Center Parkwa,
                 Fairfax, VA 22035-0002
21214966       +E-mail/Text: usagan.bk@usdoj.gov Dec 21 2017 21:18:02     U.S. Attorney,
                 600 Richard Russell Building,   75 Ted Turner Drive, SW,   Atlanta, GA 30303-3315
21214971       +EDI: WFFC.COM Dec 21 2017 20:48:00     Wells Fargo Bank, N.A.,   401 N Research Pkwy, 3rd Floor,
                 MAC #D4004-032,   Winston Salem, NC 27101-4157
21214972       +EDI: WFFC.COM Dec 21 2017 20:48:00     Wells Fargo Business Card,   420 Montgomery Street,
                 San Francisco, CA 94104-1298
                                                                                              TOTAL: 10
```

```
District/off: 113E-9          User: asb                    Page 2 of 2                   Date Rcvd: Dec 21, 2017
                              Form ID: 309f                Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21214951*       Internal Revenue Service,    401 W. Peachtree St NW,    Stop 334-D,   Atlanta, GA 30308
21214952*       Internal Revenue Service (CIO),    PO Box 7346,   Philadelphia, PA 19101-7346
21214958      ##Santek Waste Services, Inc.,    Waste Service of Tennessee,   1387 Wisdom Street,
                Chattanooga, TN 37406-1749
                                                                                             TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Lindsay P. S. Kolba    on behalf of U.S. Trustee Guy G. Gebhardt lindsay.p.kolba@usdoj.gov,
               lisa.maness@usdoj.gov
              Paul Reece Marr    on behalf of Debtor    Brown & Pipkins, LLC paul@paulmarr.com,
               sonya@paulmarr.com;paulrmarr@gmail.com
                                                                                             TOTAL: 2
```