**Fill in this information to identify the case:**

Debtor name **Brown & Pipkins, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known) **17-71772-LRC**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 18, 2018__     X **/s/ Deidre F. Brown**
                                        Signature of individual signing on behalf of debtor

                                        **Deidre F. Brown**
                                        Printed name

                                        **C.E.O.; Co-Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Brown & Pipkins, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) **17-71772-LRC**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **custom** | **9502** | **$1,150.86** |
| 3.2. | **Wells Fargo Bank** | **savings** | **1474** | **$36.12** |
| 3.3. | **Wells Fargo Bank** | **payroll** | **4554** | **$5,417.86** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$6,604.84**

**Part 2:**     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| Debtor | **Brown & Pipkins, LLC** | Case number *(If known)* **17-71772-LRC** |
|---|---|---|
| | Name | |

| 8.1. | employee payroll advances | $6,517.18 |
|---|---|---|

| 9. | **Total of Part 2.** | $6,517.18 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 225,479.23 | -  0.00 = .... | $225,479.23 |
| | | face amount | doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | 41,645.18 | -  0.00 =.... | $41,645.18 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $267,124.41 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** janitorial supplies | | Unknown | | $10,000.00 |

| 23. | **Total of Part 5.** | $10,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.  Is any of the property listed in Part 5 perishable?**
■ No

| Debtor | **Brown & Pipkins, LLC** | | Case number *(If known)* **17-71772-LRC** |
|---|---|---|---|
| | Name | | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ■ No
   - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   - ■ No. Go to Part 7.
   - ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   - ☐ No. Go to Part 8.
   - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>furniture | **Unknown** | | **$29,304.87** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>computers and related equipment | **Unknown** | | **$9,986.60** |
| other office equipment | **Unknown** | | **$9,558.85** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   | | **$48,850.32** |
   |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ■ No
   - ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☐ No. Go to Part 9.
   - ■ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Brown & Pipkins, LLC** | | Case number *(If known)* **17-71772-LRC** |
| --- | --- | --- | --- |
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1.   **1997 Ford Explorer** | **Unknown** | | **$500.00** |
| 47.2.   **2012 Dodge Caravan** | **Unknown** | | **$3,810.00** |
| 47.3.   **2010 Dodge Journey** | **Unknown** | | **$2,590.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| janitorial equipment | **Unknown** | | **$12,299.63** |
| --- | --- | --- | --- |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$19,199.63** |
| --- |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Brown & Pipkins, LLC** | Case number *(If known)* **17-71772-LRC** |
|---|---|---|
| | Name | |

|  | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | | | | |
| | **outstanding balance of loan to Acsential Technologies, LLC** | **8,525.00** - Total face amount | **0.00** = doubtful or uncollectible amount | | **$8,525.00** |
| | **outstanding balance of loan to New Beginnings Fort Polk** | **4,500.00** - Total face amount | **0.00** = doubtful or uncollectible amount | | **$4,500.00** |
| | **outstanding balance of other loans** | **8,650.00** - Total face amount | **0.00** = doubtful or uncollectible amount | | **$8,650.00** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** **Brown & Pipkins, LLC v. Team Enviro-Atl Joint Venture, Enviro AgScience, Inc., Lowe Engineers, LLC, Philadephia Indemnity Insurance Co., and Westchester Fire Insurance Co., Fulton County Superior Court, case # 2016CV282911** | **Unknown** |
|---|---|---|
| | **Nature of claim**  breach of contract, etc. | |
| | **Amount requested**  **$154,016.16** | |

| 76. | **Trusts, equitable or future interests in property** |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Default Judgment entered 08/03/2017 against Freeland Construction Company, Inc. in the amount of $151,150.86** |

| 77. | | **Unknown** |
|---|---|---|

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$21,675.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Brown & Pipkins, LLC** | Case number *(If known)* **17-71772-LRC** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,604.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,517.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $267,124.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $48,850.32 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,199.63 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $21,675.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $379,971.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $379,971.38 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Brown & Pipkins, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  **17-71772-LRC**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Dept. of Justice-Tax Division**<br>Creditor's Name<br><br>**Chief Civil Trial §, S Region POBox14198, BenFranklinStation Washington, DC 20044**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**notice only**<br><br>Describe the lien | **$0.00** | **$0.00** |

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Fairfax Cnty Dept of Tax Admin**<br>Creditor's Name<br><br>**Government Center 12000 Government Center Parkwa Fairfax, VA 22035**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br>**tax lien** | **$111,366.02** | **Unknown** |

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**Notice of Lien dated 10/03/2017**

| Debtor | **Brown & Pipkins, LLC** | Case number (if know) | **17-71772-LRC** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**401 W. Peachtree St NW Stop 334-D Atlanta, GA 30308**
additional notice address

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Internal Revenue Service (CIO)** | **Describe debtor's property that is subject to a lien** | **$1,131,977.20** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 7346 Philadelphia, PA 19101-7346**

Creditor's mailing address

**Describe the lien**
**Notice of Federal Tax Lien dated 09/28/2017**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**various**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **TACS** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**for Fairfax County DTA PO Box 31800 Henrico, VA 23294-1800**
additional notice address

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Brown & Pipkins, LLC**
_____
Name

Case number (if know)  **17-71772-LRC**
_____

|  | **Is the creditor an insider or related party?** |
|---|---|

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5791**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **U.S. Attorney** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditors Name

**600 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303-3309**

**notice only**

_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Wells Fargo Bank, N.A.** | **Describe debtor's property that is subject to a lien** | **$150,000.00** | **$150,000.00** |
|---|---|---|---|---|

Creditor's Name

**401 N Research Pkwy, 3rd Floor**
**MAC #D4004-032**
**Winston Salem, NC 27101**

**accounts, inventory, equipment, etc.**

_____
Creditor's mailing address

**Describe the lien**

**revolving line of credit secured by UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**2010 as subsequently renewed**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7534**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

Debtor    **Brown & Pipkins, LLC**
_____
Name

Case number (if know)    **17-71772-LRC**
_____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,393,343.2
2** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Brown & Pipkins, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **17-71772-LRC**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GA DOL Wage and Hour Division**
**Bettina Campbell, Investigator**
**148 Andrew Young Int'l Blvd NE**
**Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
☑ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,892.66 |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **business credit card account**

Last 4 digits of account number  **1000**

Is the claim subject to offset?  ☑ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159,143.00 |
|---|---|---|---|

**Bldg Serv 32BJHealthFund et al**
**25 West 18th Street**
**New York, NY 10011-1991**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **FMCS Supplemental
Decision and Award dated 08/03/2017**

Basis for the claim:  **claims of Building Service 32BJ Health Fund, the
Service Employees International Untion National Industry Pension
Fund, the Thomas Shortman Training Fund, and the Local 32BJ
Building Serervice Legal Fund**

Last 4 digits of account number _____

Is the claim subject to offset?  ☑ No   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    21149                    Best Case Bankruptcy

Debtor **Brown & Pipkins, LLC**
Name

Case number (if known)  **17-71772-LRC**

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$558,669.42** |

**Bldg Serv 32BJHealthFund et al**
**25 West 18th Street**
**New York, NY 10011-1991**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Order entered 10/04/2017, Fulton County, GA</u>
<u>Superior Ct,  domesticating NY judgment filed 05/22/2017 held by</u>
<u>Bldg Srvc 32BJ Health Fund, Bldg Srvc 32BJ Legal Srvc Fund, and</u>
<u>Bldg Srvc 32BJ Thomas Shortman Training, Scholarship an Safety</u>
<u>Fund</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bldg Serv 32BJHealthFund et al**
**c/o Ira A. Sturm, Esq.**
**2125 Center Avenue**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>additional notice address</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,286.50** |

**Constangy, Brooks & Smith LLP**
**230 Peachtree Street NW**
**Suite 2400**
**Atlanta, GA 30303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>services rendered</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Enviro Agscience, Inc.**
**c/o Thomas Richelo, Esq.**
**8230 Grogans Ferry Road**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>notice only</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,506.94** |

**FordHarrison LLP**
**Attn: Kevin M. Williams**
**1300 19th Street NW; Suite 300**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  <u>4001,002,d003</u>

Basis for the claim:  <u>attorney fees</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frederick L. Wright, Esq.**
**Vaughn, Wright & Boyer LLP**
**1205 Johnson Ferry Rd,#136-448**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>attorney fees</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$925.00** |

**Garvin Lee Oliver, Arbitrator**
**9084 Belvoir Woods Parkway**
**Fort Belvoir, VA 22060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>arbitration fees</u>

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Brown & Pipkins, LLC** | | Case number (if known) | **17-71772-LRC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,927.40 |
|---|---|---|---|
| | **Hirschler Fleischer, Attorneys**<br>**PO Box 500**<br>**Richmond, VA 23218-5000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **services rendered** | |
| | Last 4 digits of account number  **0001;0002** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,590.00 |
|---|---|---|---|
| | **HLB Gross Collins, PC**<br>**Jim Shirley**<br>**3330 Cumberland Blvd, Ste 900**<br>**Atlanta, GA 30339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Lowe Engineers, LLC**<br>**c/o Thomas Richelo, Esq.**<br>**8230 Grogans Ferry Road**<br>**Atlanta, GA 30350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **notice only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|
| | **Massey Pest Prevention**<br>**249 E. Memorial Drive**<br>**Dallas, GA 30132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **account payable** | |
| | Last 4 digits of account number  **6001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,530.30 |
|---|---|---|---|
| | **Miller & Martin PLLC**<br>**1180 West Peachtree St. NW**<br>**Suite 2100**<br>**Atlanta, GA 30309-3407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,550.00 |
|---|---|---|---|
| | **Pam's Cleaning Service, LLC**<br>**2200 Roger Vanhook Road**<br>**Clarkesville, GA 30523** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **account payable** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Philadelphia Indemnity Ins. Co**<br>**c/o Thomas Richelo, Esq.**<br>**8230 Grogans Ferry Road**<br>**Atlanta, GA 30350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **notice only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brown & Pipkins, LLC** | Case number (if known) | **17-71772-LRC** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$344.06** |
|---|---|---|---|

**Santek Waste Services, Inc.**
**Waste Service of Tennessee**
**1387 Wisdom Street**
**Chattanooga, TN 37406-1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  account payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$743,641.51** |
|---|---|---|---|

**SEIU Local 32BJ**
**c/o Mark Hanna, Esq.**
**1401 K Street NW, Suite 300**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **FMCS Supplemental**
**Decision and Award dated 08/03/2017**

**Basis for the claim:  Arbitration Opinions and Awards, Federal Mediation and Conciliation Service ("FMCS") Case Nos. 13-02974-A (Reduction in Hours), 13-02976-A (Wages Owed) ,13-03106-A (Custodian/Driver Pay), and 13-03107-A (Vacation Pay).**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,271.25** |
|---|---|---|---|

**Select Data Solutions**
**2712 Middleburg Drive; Suite 2**
**Columbia, SC 29204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  account payable**

Last 4 digits of account number  **N149**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,166.50** |
|---|---|---|---|

**SMARTONE Backgound Screening**
**Select Data Solutions**
**2712 Middleburg Drive; Suite 2**
**Columbia, SC 29204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  account payable**

Last 4 digits of account number  **NI49**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170,995.06** |
|---|---|---|---|

**Smith, Currie & Hancock LLP**
**S. Gregory Joy, Esq**
**245 P'tree Cntr Ave NE;  #2700**
**Atlanta, GA 30303-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  attorney fees**

Last 4 digits of account number  **O360**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Team Enviro-Atl Joint Venture**
**c/o Thomas Richelo, Esq.**
**8230 Grogans Ferry Road**
**Atlanta, GA 30350**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  counterclaim asserted in litigation pending in Fulton County Superior Court, case # 2016CV282911**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Brown & Pipkins, LLC**
_____
Name

Case number (if known)    **17-71772-LRC**

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,525.01 |

**The Hanover Insurance Company**
c/o James W. Martin, Esq.
3945 Holcomb Bridge Road, #300
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **additional premium claimed to be due upon workers' compensation insurance policy audit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.96 |

**Universal Printing
Solutions, Inc.**
10573 West Pico Blvd. #610
Los Angeles, CA 90064-2438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **account payable**

Last 4 digits of account number  **9030**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,968.50 |

**VettFirst Security**
2712 Middleburg Drive
Suite 224
Columbia, SC 29204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **account payable**

Last 4 digits of account number  **N149**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,674.93 |

**Wells Fargo Business Card**
420 Montgomery Street
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business credit card account**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Westchester Fire Insurance Co.**
c/o Thomas Richelo, Esq.
8230 Grogans Ferry Road
Atlanta, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,899,498.00 |
| 5c. Total of Parts 1 and 2
Lines 5a + 5b = 5c. | 5c. | $ 1,899,498.00 |

**Fill in this information to identify the case:**

Debtor name    **Brown & Pipkins, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **17-71772-LRC**

☐ Check if this is an
amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **State of California**<br><br>State the term remaining<br><br>List the contract number of any government contract | **63rd RSC RFOS/COR**<br>**Sandra Perez** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Alabama 81st and Tennessee 81st**<br><br>State the term remaining<br><br>List the contract number of any government contract | **81st USARC COR**<br>**Joe Armstrong** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **9 separate contracts for 9 separate locations**<br><br>State the term remaining<br><br>List the contract number of any government contract | **GA Dept. of Driver Services**<br>**Jenifer Mill** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **3 contracts for 3 separate locations**<br><br>State the term remaining<br><br>List the contract number of any government contract | **GA Dept. of Labor & GVRA**<br>**Cornell Brown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1 **Brown & Pipkins, LLC**

First Name        Middle Name        Last Name        Case number (*if known*)    **17-71772-LRC**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Turner County Rest Area 9 and 10** | |
|---|---|---|---|
| | State the term remaining | **02/01/2018** | **Georgia Dept of Transportation**<br>**Attn: Joanna M. Campbell**<br>**600 W Peachtree St.; Ste 2300**<br>**Atlanta, GA 30308** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **1929 Duval Road, Chatsworkth, GA** | |
|---|---|---|---|
| | State the term remaining | **05/01/2017** | **SBM**<br>**Mary Zirock** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **debtor is the tenant under premises lease with landlord Worldwide Business Group, LLC, location address is  2950 Stone Hogan Connector Unit 5 Atlanta, Fulton County, Georgia 30331-2763, term beginning on May 7th, 2010, and ending at 12 o'clock midnight on May 7th, 2035** | |
|---|---|---|---|
| | State the term remaining | **05/07/2035** | **Worldwide Business Group, LLC**<br>**PO Box 312245**<br>**Atlanta, GA 31131** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Brown & Pipkins, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  **17-71772-LRC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Deidre F. Brown** | **2950 Stone Hogan Conn #5 Atlanta, GA 30331** | **American Express** | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.2 | **Deidre F. Brown** | **2950 Stone Hogan Conn #5 Atlanta, GA 30331** | **Wells Fargo Business Card** | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |
| 2.3 | **Deidre F. Brown** | **2950 Stone Hogan Conn #5 Atlanta, GA 30331** | **Wells Fargo Bank, N.A.** | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **Brown & Pipkins, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  **17-71772-LRC**

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,426,913.81** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$4,759,085.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$6,637,376.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Brown & Pipkins, LLC**                                                           Case number *(if known)*   **17-71772-LRC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Solano Diversified Services**<br>**1761 Broadway Street; Suite 250**<br>**Vallejo, CA 94589** | **09/19/2017 -**<br>**12/19/2017** | **$44,914.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Amtrust North America, Inc.**<br>**800 Superior Avenue. E.**<br>**21st Floor**<br>**Cleveland, OH 44114** | **09/19/2017 -**<br>**12/19/2017** | **$24,060.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Bobby Dodd Institute**<br>**2120 Marietta Blvd. NW**<br>**Atlanta, GA 30318** | **09/19/2017 -**<br>**12/19/2017** | **$17,372.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **City Green Services**<br>**PO Box 4250**<br>**Chattanooga, TN 37405** | **09/19/2017 -**<br>**12/19/2017** | **$15,199.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Terrence Williams**<br>**1312 14th Place Circle**<br>**Pleasant Grove, AL 35127** | **09/19/2017 -**<br>**12/19/2017** | **$13,225.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Universal Cleaning Company**<br>**PO Box 62**<br>**Antioch, TN 37011** | **09/19/2017 -**<br>**12/19/2017** | **$13,033.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Lakeview Center Baptist Health Care**<br>**1221 West Lakeview Ave.**<br>**Pensacola, FL 32501-1922** | **09/19/2017 -**<br>**12/19/2017** | **$12,928.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Cannon Lawn Care LLC**<br>**PO Box 1414**<br>**Slocomb, AL 36375** | **09/19/2017 -**<br>**12/19/2017** | **$11,680.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Brown & Pipkins, LLC**                                    Case number *(if known)*  **17-71772-LRC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.   **L-Scapes Landscaping**<br>**375 Club Dr**<br>**Athens, GA 30607** | **09/19/2017 -**<br>**12/19/2017** | **$11,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10 .   **Goodwill Industries Knoxville, Inc.**<br>**5307 Kingston Pike**<br>**P.O. Box 11066**<br>**Knoxville, TN 37919** | **09/19/2017 -**<br>**12/19/2017** | **$10,512.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 .   **Maid 2 Smile**<br>**525 N. Carpenter Ave.**<br>**Orange City, FL 32763** | **09/19/2017 -**<br>**12/19/2017** | **$9,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12 .   **Harbin's Outdoors**<br>**603 Southridge Road**<br>**Jasper, AL 35504** | **09/19/2017 -**<br>**12/19/2017** | **$8,730.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 .   **Easter Seals of the Birmingham**<br>**5960 East Shirley Lane**<br>**Montgomery, AL 36117** | **09/19/2017 -**<br>**12/19/2017** | **$8,479.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 .   **Bakersfield ARC**<br>**2240 S. Union Ave.**<br>**Bakersfield, CA 93307** | **09/19/2017 -**<br>**12/19/2017** | **$6,783.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Worldwide Business Group, LLC**<br>**PO Box 312245**<br>**Atlanta, GA 31131**<br>**common ownership; debtor's landlord** | **365 days**<br>**pre-petition** | **$44,000.00** | **premises rent** |

| Debtor | **Brown & Pipkins, LLC** | Case number *(if known)* **17-71772-LRC** |
|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Brown & Pipkins, LLC, d/b/a Ascential Construction, v. Freeland Construction Company, Inc. 2017CV289534 | breach of contract | Fulton County Superior Court 136 Pryor Street SW Atlanta, GA 30303 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | Brown & Pipkins, LLC v. Team Enviro-Atl Joint Venture, Enviro AgScience, Inc., Lowe Engineers, LLC, Philadephia Indemnity Insurance Co., Westchester Fire Insurance Co. 2016CV282911 | | Fulton County Superior Court 136 Pryor Street, S.W. Atlanta, GA 30303 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Building Service 32BJ Health Fund, Building Service 32BJ Legal Service Fund, and Building Service 32BJ Thomas Shortman Training, Scholarship an Safety Fund v. Brown & Pipkins, LLC and Ascential, Inc. 2017CV294143 | Petition to Domesticate Foreign Judgment | Superior Court of Fulton County, Georgia 136 Pryor Street, S.W. Atlanta, GA 30303 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Ascential 13-02974-A | Reduction in Hours arbitration | Federal Mediation and Conciliation Srvc | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Ascential 13-02976-A | Wages Owed arbitration | Federal Mediation and Conciliation Srvc | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Brown & Pipkins, LLC**                                                    Case number *(if known)* **17-71772-LRC**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Acsential 13-03106-A** | **Custodian/Driver Pay arbitration** | **Federal Mediation and Conciliation Srvc** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. **Service Employees International Union, Local 32BJ Union v. Brown & Pipkins, LLC d/b/a Acsential 13-03107-A** | **Vacation Pay arbitration** | **Federal Mediation and Conciliation Srvc** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. **The Hanover Insurance Company vs. Brown & Pipkins, LLC 17EV004160** | **Complaint regarding workers' compensation policy audit** | **State Court of Fulton County 185 Central Avenue, S. W. Atlanta, GA 30303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Brown & Pipkins, LLC**                                          Case number *(if known)* **17-71772-LRC**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Paul Reece Marr, P.C.<br>Suite 960<br>300 Galleria Parkway, N.W.<br>Atlanta, GA 30339 | 0428/2017 $11,000.00.<br>06/05/2017 $10,717.00.<br>10/06/2017 $5,525.00 | | $27,242.00 |

| Email or website address |
|---|
| paul.marr@marrlegal.com |

| Who made the payment, if not debtor? |
|---|
| Acsential, LLC |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Brown & Pipkins, LLC**                                    Case number *(if known)*  **17-71772-LRC**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Brown & Pipkins, LLC** | Case number *(if known)* | **17-71772-LRC** |

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

�■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Wayne Gilmore, CPA MBA HLB Gross Collins 3330 Cumberland Blvd; Ste 900 Atlanta, GA 30339** | |
| 26a.2.   **Troy Scott** | **debtor's inhouse A/R and contract accounting bookkeeper** |
| 26a.3.   **DeVonya Brown** | **debtor's inhouse general accounting/payroll bookkeeper** |
| 26a.4.   **Tamecia Jordan** | **debtor's inhouse overall accounting manager** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Brown & Pipkins, LLC**                                                    Case number *(if known)*  **17-71772-LRC**

| Name and address | Date of service From-To |
|---|---|
| 26a.5.    **Wendell Gant** | **debtor's inhouse accounts payable/payroll bookkeeper** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **see answers to 26a. above** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Wells Fargo Bank** **Christopher A. Benjamin** **3579 Atlanta Ave, 2nd Floor** **MAC G1046-031** **Atlanta, GA 30354** |
| 26d.2.    **Enterprise Fleet Management** **Parker R. Leighton** **EFM Supervisor** **713-300-9178** |
| 26d.3.    **JPMorgan Chase Business Banking** **3424 Peachtree Road, Suite 650** **Atlanta, GA 30326-1118** |
| 26d.4.    **First Citizens Bank** **Martine N. Charles, V.P.** **FCB Mail Code: FCB-905** **1725 Indian Trail Lilburn Rd NW** **Norcross, GA 30093** |
| 26d.5.    **Abby Insurance Services** **Jonathan Wint** **203 S Belair Rd** **Augusta, GA 30907** |
| 26d.6.    **Georgia Dept. of Tranportation** **VIKTOR OPARA-AMAECHI, AITE** **Sr. Disadvantaged Business Entreprise Co** **600 West Peachtree Street** **Atlanta, GA 30308** |

Debtor    **Brown & Pipkins, LLC**                                                 Case number (if known) **17-71772-LRC**

---

| **Name and address** |
|---|

| 26d.7. | **Commonwealth of Virginia**<br>**Elizabeth Goff**<br>**Dept of Small Business and Suppler Diver**<br>**101 North 14th Street, 1th Floor**<br>**Richmond, VA 23219** |
|---|---|
| 26d.8. | **Kimberly Rosier Jean-Louis, MBA**<br>**DBE Advisor/CEI/FDOT Support Services**<br>**800-423-7058** |
| 26d.9. | **Pooja Kalapurakkel**<br>**Analyst, Urban Business Initiatives**<br>**56 Warren Street Suite 300**<br>**Roxbury, MA 02119** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Deidre Brown | **2950 Stone Hogan Conn Rd SW**<br>**Building 5**<br>**Atlanta, GA 30331** | CEO, | 90% membership interest |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Annette Pipkins | **2950 Stone Hogan Conn Rd SW**<br>**Building 5**<br>**Atlanta, GA 30331** | | 10% membership interest |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|
| 30.1. | **Deidre Brown**<br>**2859 Fairburn Road**<br>**Atlanta, GA 30331** | $97,000.00 | **365 days pre-Petition** | compensation |
| | **Relationship to debtor**<br>**member, CEO, employee** | | | |

Debtor   **Brown & Pipkins, LLC**                                      Case number *(if known)*   **17-71772-LRC**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Annette Pipkins**<br>**4346 Kousa Road**<br>**Austell, GA 30106** | **$75,000.00** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**member, employee** | | | |
| 30.3. | **Tamecia N. Jordan**<br>**3139 Cherry Blossom Drive**<br>**Atlanta, GA 30334** | **$64,166.63** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**employee (related to one of**<br>**the members)** | | | |
| 30.4. | **DeVonya N. Brown**<br>**2859 Fairburn Road**<br>**Atlanta, GA 30331** | **$46,959.98** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**employee (related to one of**<br>**the members)** | | | |
| 30.5. | **George Brown**<br>**3107 Bellemeade Drive**<br>**Augusta, GA 30906** | **$56,248.40** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**employee (related to one of**<br>**the members)** | | | |
| 30.6. | **DeAndra Brown**<br>**200 Port Antonio Court**<br>**Atlanta, GA 30349** | **$6,694.55** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**employee (related to one of**<br>**the members)** | | | |
| 30.7. | **DeMario M. Brown**<br>**6132 AHickory Lande Drive**<br>**Union City, GA 30291** | **$34,756.13** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**employee (related to one of**<br>**the members)** | | | |
| 30.8. | **Ronnie Brown**<br>**1237 Augusta Avenue**<br>**Augusta, GA 30901** | **$13,800.00** | **365 days**<br>**pre-Petition** | **compensation** |
| | **Relationship to debtor**<br>**employee (related to one of**<br>**the members)** | | | |

Debtor    **Brown & Pipkins, LLC**    Case number *(if known)*  **17-71772-LRC**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9 . | **Ramon Brown** <br> **7240 Standing Boy Road** <br> **Augusta, GA** | **$10,050.00** | **365 days pre-Petition** | **compensation** |
| | **Relationship to debtor** <br> **employee (related to one of the members)** | | | |
| 30.1 0. | **Cierra Merriweather** <br> **4346 Kousa Road** <br> **Austell, GA 30106** | **21,885.90** | **365 days pre-Petition** | **compensation** |
| | **Relationship to debtor** <br> **employee (related to one of the members)** | | | |
| 30.1 1. | **Gale Snell** <br> **8009 Christian Court** <br> **Jonesboro, GA 30236** | **$40,572.86** | **365 days pre-Petition** | **compensation** |
| | **Relationship to debtor** <br> **employee (related to one of the members)** | | | |
| 30.1 2. | **Jesse Snell** <br> **4166 Log Cabin Drive** <br> **Macon, GA 31204** | **$14,375.00** | **365 days pre-Petition** | **compensation** |
| | **Relationship to debtor** <br> **employee (related to one of the members)** | | | |
| 30.1 3. | **Demetris Webster** <br> **2061 SE New York Street** <br> **Port Saint Lucie, FL 34952** | **$28,487.66** | **365 days pre-Petition** | **compensation** |
| | **Relationship to debtor** <br> **employee (related to one of the members)** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Brown & Pipkins, LLC**                                             Case number *(if known)*   **17-71772-LRC**

---

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**January 18, 2018**__

__**/s/ Deidre F. Brown**__                              __**Deidre F. Brown**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __**C.E.O.; Co-Manager**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deidre F. Brown** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION |
| Case number | **17-71772-LRC** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
|    1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $       0.00 |
|    1b. Copy line 62, Total personal property, from Schedule A/B....................................... | $       379,971.38 |
|    1c. Copy line 63, Total of all property on Schedule A/B................................................ | $       379,971.38 |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $       1,393,343.22 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $       0.00 |
|    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $       1,899,498.00 |
| **Your total liabilities** | $       3,292,841.22 |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>   Copy your combined monthly income from line 12 of *Schedule I*............................................... | $       **N/A** |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>   Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $       **N/A** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■   Yes

7.   **What kind of debt do you have?**

    ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1    **Brown & Pipkins, LLC**                                     Case number *(if known)*   **17-71772-LRC**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                                     $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
| --- | --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

SUPPLEMENTAL MATRIX


Frederick L. Wright, Esq.
Vaughn, Wright & Boyer LLP
1205 Johnson Ferry Rd,#136-448
Marietta GA 30068



Garvin Lee Oliver, Arbitrator
9084 Belvoir Woods Parkway
Fort Belvoir VA 22060



GA DOL Wage and Hour Division
Bettina Campbell, Investigator
148 Andrew Young Int'l Blvd NE
Atlanta GA 30303

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
In re:                          :
                                :     Case No. 17-71772-LRC
BROWN & PIPKINS, LLC,           :
                                :     Chapter 11
        Debtor.                 :
_____ :
```

CERTIFICATE OF SERVICE

I, Paul Reece Marr, certify that I am over the age of 18 and that on the below referenced date I served a copy of the foregoing *Schedules, Statement of Financial Affairs, and Supplemental Matrix* by first class U.S. Mail, with adequate postage prepaid, a via email transmission, on the following persons or entities at the addresses stated:

Lindsay P. S. Kolba
Office of U. S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3367
lindsay.p.kolba@usdoj.gov

This the 18th day of January, 2018.

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230

Paul Reece Marr, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339
770-984-2255