```
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

```
In re:                              :
                                    :    Case No. 17-71772-LRC
BROWN & PIPKINS, LLC,               :
                                    :    Chapter 11
    Debtor.                         :
_____:
```

```
        DEBTORS' APPLICATION FOR ENTRY OF AN ORDER ESTABLISHING
           A FINAL DATE FOR THE FILING OF PROOFS OF CLAIM
```

The above-named Debtor hereby moves the Court for an Order, pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3), establishing a final date for the filing of proofs of claim or interest, and in support thereof respectively shows this Honorable Court as follows:

    1.   On December 19, 2017 ("Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code through the offices of the undersigned. In accordance with 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code, Debtor is managing its affairs as a debtor in possession.  No official committee of unsecured creditors has been appointed pursuant to 11 U.S.C. § 1102.

    2.   An Order setting forth a date certain for creditors and parties in interest to file Proofs of Claim is necessary to assist Debtor in the formulation of its proposed Plan of Reorganization and to efficiently administer the bankruptcy estate.

    3.   Debtor prays for the entry of an Order and Notice establishing May 14, 2018 as the final date for the submission

of Proofs of Claim and for such other relief as the Court deems just and proper.  Debtor has submitted a proposed Order and Notice along with the filing of this Application.

WHEREFORE, Debtor prays that the Court consider this Application, enter an Order and Notice fixing May 14, 2018 as the final date for the submission of proofs of claim and interests, and grant such other relief as the Court deems just and proper.

Prepared and submitted by,
PAUL REECE MARR, P.C.
Attorneys for Debtor

/s/ Paul Reece Marr
Paul Reece Marr
Georgia Bar No. 471230
Suite 960
300 Galleria Parkway, N.W.
Atlanta, Georgia 30339
770-984-2255

```
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

In re:                                  :
                                        :    Case No. 17-71772-LRC
BROWN & PIPKINS, LLC,                   :
                                        :    Chapter 11
    Debtor.                             :
_____ :


                    CERTIFICATE OF SERVICE

    I, Paul Reece Marr, certify that I am over the age of 18 and that on the below date I served a copy of the foregoing *DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER ESTABLISHING A FINAL DATE FOR THE FILING OF PROOFS OF CLAIM* by first class U.S. Mail, with adequate postage prepaid, and as may be otherwise indicated, on the following persons or entities at the addresses stated:


Lindsay P. S. Kolba, Esq.
U. S. Trustee's Office
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303



    This the 28th day of March, 2018.


                                        /s/ Paul Reece Marr
                                        Paul Reece Marr
                                        Georgia Bar No. 471230

PAUL REECE MARR, P.C.
300 Galleria Parkway, N.W.
Suite 960
Atlanta, GA 30339
770-984-2255